**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**

RE: KENNETH KAMAR LOWERY                              NO: 1:13-bk-71962

**NOTICE OF OPPORTUNITY TO OBJECT TO MOTION TO IMPOSE AND CONTINUE THE AUTOMATIC STAY**

You are hereby notified that the captioned debtors have filed the attached Motion pursuant to 11 U.S.C. § 362 (c)(3)(B) and Rules 2002 and 9014 of the Federal Rules of Bankruptcy Procedure. Objections to the Motion must be filed with the Bankruptcy Court at 300 West 2nd Street, Little Rock, AR 72201 in writing within 21 days from the date of this notice, with copies to the attorney for the debtor and Jack W. Gooding, Trustee, P. O. Box 8202, Little Rock, Arkansas 72221.

If objections to the Motion are filed, they will be set for hearing by subsequent notice. If no objections are received, the Motion will be granted without further notice or hearing.

**DICKERSON LAW FIRM, P.A.**
**PO BOX 6400**
**HOT SPRINGS, AR 71902-6400**
**870-863-5056**

Date: June 5, 2013                           /s/ James C. Hunt for
                                             **JAMES C. HUNT, BAR #2003-202**

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached motion have been mailed to:

Jack W. Gooding, Trustee          Internal Revenue Service
PO Box 8202                       Special Procedure
Little Rock, AR 72221-8202        PO Box 7346
                                  Philadelphia, PA 19101

U.S. Attorney (Eastern District)  U.S. Attorney (Western District)
PO Box 1229                       414 Parker Avenue
Little Rock, AR 72203             Fort Smith, AR 72901

Legal Department
Employment Security Division
PO Box 2981
Little Rock, AR 72203

and to all creditors whose names appear on the attached motion and/or creditor matrix:

                                  /s/ James C. Hunt for
                                  **Dickerson Law Firm, P.A.**